30375

MORTON & CRAIG, LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: (856)866-0100
Attorney for: Mazda American Credit Company
JM-5630

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE:<br><br>JUAN A. GOMEZ-CASTRO<br><br>SARAY V. GOMEZ | ) <br>) Case No. 07-28064(NLW)<br>) <br>) CHAPTER 13<br>) <br>) HEARING DATE:<br>) <br>) CERTIFICATION OF NONPAYMENT OF<br>) <br>) MAZDA AMERICAN CREDIT COMPANY |

BARBARA CODD certifies as follows:

1. I am employed by Ford Motor Credit Company and am familiar with the facts of this case. Ford Motor Credit does business as Mazda American Credit.

2. On 1-20-09 this court entered an order that directed the debtors to make regular monthly payments directly to Mazda American Credit. The order provided that if the debtors failed to make any regular monthly payment within thirty (30) days after it falls due (being the 19th day of each month), Mazda would receive stay relief and co-debtor stay relief as to the non-bankrupt co-debtor, Andres Gomez by filing a certification of nonpayment with the Court and serving it on the debtors, their attorney, the non-bankrupt co-debtor and the chapter 13 trustee.

30375

3. In violation of that order the debtors:
   a. Have not made monthly payments to Mazda for the months of October to January. The entire loan balance, including the lump sum payment is due..

4. As a result of these defaults, Mazda American Credit is entitled to stay relief.

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated: Jan. 25th, 2010
Dearborn, MI

_____
BARBARA CODD

ANN M. BLOETSCHER
Notary Public Wayne County Michigan
My Commission Expires July 27, 2011

Page 2